FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01422-BNB

DWAYNE VILLAFUERTE,

    Plaintiff,

v.

THE CITY OF PUEBLO,
THE STATE OF COLORADO,
JENNIFER ZAMARIPPA,
BILL THIEBAUT, and
KATHLEEN HERN,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Dwayne Villafuerte, was confined at the Pueblo County, Colorado, detention center when he filed *pro se* an amended prisoner complaint. On July 15, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Villafuerte to file a second amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and alleged facts demonstrating the personal participation of the named defendants in the asserted constitutional violations. The Court warned Mr. Villafuerte that if he failed within the time allowed to file a second amended complaint as directed the amended complaint and the action would be dismissed without further notice.

    On July 25, Mr. Villafuerte notified the Court of his change of address. On July

28, Mr. Villafuerte's copy of the July 15 order for a second amended complaint was returned to the Court as undeliverable. On August 2, 2011, the Court entered a minute order directing the clerk of the Court to remail to Mr. Villafuerte a copy of the July 15 order at the address he provided on July 25. The Court directed Mr. Villafuerte to file the second amended complaint in thirty days. The Court further ordered Mr. Villafuerte to inform the Court in the second amended complaint of his custody status. The Court again warned Mr. Villafuerte that his failure within the time allowed to file a second amended complaint as directed would result in the dismissal of the instant action. On August 12, 2011, Mr. Villafuerte's copy of the August 2 minute order was returned to the Court as undeliverable.

Mr. Villafuerte has failed within the time allowed to file a second amended complaint that complies with the July 15 order or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Dwayne Villafuerte, to file within the time allowed a second amended complaint as directed in the July 15, 2011, order, and for his failure to prosecute.

DATED at Denver, Colorado, this 13th day of September, 2011.

BY THE COURT:


s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01422-BNB

Dwayne Villafuerte
Prisoner No. 48076
710 Beaumont Ave
Pueblo, CO 81001

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 13, 2011.

                                          GREGORY C. LANGHAM, CLERK

                              By: _____
                                             Deputy Clerk