**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01422-LTB

DWAYNE VILLAFUERTE,

    Plaintiff,

v.

THE CITY OF PUEBLO,
THE STATE OF COLORADO,
JENNIFER ZAMARIPPA,
BILL THIEBAUT, and
KATHLEEN HERN,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motion for issuance of subpoenas (ECF No. 26) that Plaintiff, Dwayne Villafuerte, filed *pro se* on November 14, 2012. This case is closed. The amended complaint and action were dismissed on September 13, 2011. *See* ECF No. 14. The judgment was entered on the same day. ECF No. 15. The appeal was dismissed for lack of prosecution on January 24, 2012. ECF No. 23. Therefore, the motion for issuance of subpoenas is DENIED as moot.

Dated:  April 5, 2013