**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01422-LTB

DWAYNE VILLAFUERTE,

      Plaintiff,

v.

THE CITY OF PUEBLO,
THE STATE OF COLORADO,
JENNIFER ZAMARIPPA,
BILL THIEBAUT, and
KATHLEEN HERN,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's request (ECF No. 32) filed on August 30, 2013, for this Court to order the Colorado State Penitentiary to make copies of documents for him is DENIED. Plaintiff's request for reconsideration (ECF No. 33) of the order entered on August 20, 2013 (ECF No. 31), denying his request for the Court to order the Colorado State Penitentiary to make copies of documents for him also is DENIED.

      This case was dismissed on September 13, 2011. *See* ECF No. 14. Judgment (ECF No. 15) was entered on the same day. Plaintiff's appeal from the dismissal was dismissed for lack of prosecution. *See* ECF No. 23. This case is closed. Filings will not be considered in a case after the dismissal of the case.

Dated: September 16, 2013

---